# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

# CLERK'S NOTICE

The image of this document is not viewable because it contains personal medical information.